STATE OF NEW JERSEY v. RAYMOND J. SCHMIDT.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC WILTSHIRE.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FORD.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SHAWN E. DOUGLAS.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GRADY LIVINGSTON.

May 28, 1987.

Petition for certification denied.